1  CHRISTOPHER CHIOU
   Acting United States Attorney
2  Nevada Bar Number 14853
   JARED L. GRIMMER
3  Assistant United States Attorney
   501 Las Vegas Boulevard South, Suite 1100
4  Las Vegas, Nevada 89101
   Tel: (702) 388-6336
5  Fax: (702) 388-6418
   jared.l.grimmer@usdoj.gov
6  *Attorneys for the United States*

```
_____ FILED              _____ RECEIVED
_____ ENTERED            _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

            JUN 21 2021

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

7

8                  UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA

9   UNITED STATES OF AMERICA,                Case No. 2:21-mj-00505-DJA

10              Plaintiff,                   ~Stipulation for an~ Order
                                             Directing Probation to Prepare
11         v.                                a Criminal History Report

12   MARTIN ROMERO-GALLEGOS,

13              Defendant.

14

15

16         IT IS HEREBY STIPULATED AND AGREED, by and between Christopher

17  Chiou, Acting United States Attorney, and Jared L. Grimmer, Assistant United States

18  Attorney, counsel for the United States of America, and Wendi L. Overmyer, Assistant

19  Federal Public Defender, counsel for Defendant MARTIN ROMERO-GALLEGOS, that

20  the Court direct the U.S. Probation Office to prepare a report detailing the defendant's

21  criminal history.

22         This stipulation is entered into for the following reasons:

23         1.     The United States Attorney's Office has developed an early disposition

24  program for immigration cases, authorized by the Attorney General pursuant to the

1  PROTECT ACT of 2003, Pub. L. 108-21. Pursuant to this program, the government has

2  extended to the defendant a plea offer in which the parties would agree to jointly request an

3  expedited sentencing immediately after the defendant enters a guilty plea.

4       2.     The U.S. Probation Office cannot begin obtaining the defendant's criminal

5  history until after the defendant enters his guilty plea unless the Court enters an order

6  directing the U.S. Probation Office to do so. Such an order is often entered in the minutes of

7  a defendant's initial appearance when charged by indictment.

8       3.     The U.S. Probation Office informs the government that it would like to begin

9  obtaining the criminal history of defendants eligible for the early disposition program as

10  soon as possible after their initial appearance so that the Probation Office can complete the

11  Presentence Investigation Report by the time of the expected expedited sentencing.

12       4.     Accordingly, the parties request that the Court enter an order directing the

13  U.S. Probation Office to prepare a report detailing the defendant's criminal history.

14       DATED this 18th day of June, 2021.

15               Respectfully submitted,

16

17               CHRISTOPHER CHIOU
             Acting United States Attorney

18  /s/ Wendi L. Overmyer             /s/ Jared L. Grimmer
   WENDI L. OVERMYER           JARED L. GRIMMER

19  Assistant Federal Public Defender     Assistant United States Attorney
   Counsel for Defendant MARTIN

20  ROMERO-GALLEGOS

21

22

23

24

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

MARTIN ROMERO-GALLEGOS,

       Defendant.

Case No. 2:21-mj-00505-DJA

**Order Directing Probation to Prepare a Criminal History Report**
**[Proposed]**

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

    DATED this ___21st___ day of June, 2021.



HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

3