# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN ROMERO-GALLEGOS,<br><br>Defendant. | Case No. 2:21-cr-00258-JAD-EJY<br><br>**Order Unsealing Case** |

Upon consideration and review of the Government's motion:

IT IS HEREBY ORDERED that the above-captioned matter, *United States of America v. Martin Romero-Gallegos,* is unsealed.

**DATED** this 30th day of September, 2021.

By the Court:

_____
Honorable Jennifer A. Dorsey
United States District Judge